IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Johnny Jimenez, Jr., | ) | No. CV-06-0525-PHX-ROS |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

On February 21, 2006, Petitioner filed a petition for writ of habeas corpus. (Doc. 1) On March 1, 2007, Magistrate Judge David K. Duncan issued a Report and Recommendation ("R&R") recommending that the petition be denied and dismissed with prejudice. (Doc. 13) No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1 of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
2 made, the Court will adopt the R&R in full.
3         Accordingly,
4         **IT IS ORDERED** that the Report and Recommendation (Doc. 13) is **ADOPTED**.
5 The petition for writ of habeas corpus is **DENIED** and this case is **DISMISSED WITH**
6 **PREJUDICE**.

        DATED this 11th day of April, 2007.

                            _____
                            Roslyn O. Silver
                            United States District Judge